**RIETMANN & KIM, LLP**
Nathan R. Rietmann, OSB#053630
1270 Chemeketa Street NE
nathan@rietmannlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

**KLAMATH IRRIGATION DISTRICT**,

Movant,

v.

**UNITED STATES BUREAU OF RECLAMATION**

Respondent.

Case No. 1:21-cv-00504-AA

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Klamath Irrigation District hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice and without award of attorney fees or costs to any party.

DATED this 15th day of July, 2025

**RIETMANN & KIM, LLP**

*/s/ Nathan R. Rietmann*
Nathan R. Rietmann, OSB #053630
1270 Chemeketa St. NE
Salem, Oregon 97301
503-551-2740
nathan@rietmannlaw.com
*Attorneys for Klamath Irrigation District*